UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ALMARAZ,** | ) |
| Plaintiff, | ) Case No. CV 11-00099 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed**.

December 22, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge